# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered March 1, 2011:*

*In re* SMITH, Docket No. 299300. The Court, on its own motion, orders
that the February 15, 2011, opinion is hereby amended. The opinion
released as an unpublished opinion per curiam is amended to be an
opinion per curiam for publication.

The Clerk's Office is directed to provide a copy of this order to the
Reporter's Office along with a copy of the opinion per curiam.

In all other respects, the February 15, 2011, opinion remains un-
changed, and the filing deadline for any additional relief shall run from
that date. Reported at 291 Mich App 621.

*Order Entered March 14, 2011:*

KLINE v DEPARTMENT OF TRANSPORATION, Docket No. 295652; reported at
291 Mich App 651. The Court orders that a special panel shall not be
convened pursuant to MCR 7.215(J) to resolve the conflict between this
case and *McCahan v Brennan*, 291 Mich App 430; 804 NW2d 906 (2011).